AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-11-584-PHX-SRB

FILED ___ LODGED
___ RECEIVED ___ COPY
APR 05 2011
CLERK U.S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ S DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* California Reconveyance Company
was received by me on *(date)* March 29, 2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* CT Corporation - copy attached, who is designated by law to accept service of process on behalf of *(name of organization)* California Reconveyance Company on *(date)* March 30, 2011 ; or at 1:31 p.m.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ ~~32.00~~ 0 for travel and $ 32.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: April 1, 2011

_____
Server's signature

Jerry Bianco, Officer Maricopa County Superior Court
Printed name and title

Court Process Server, LLC
1042 N. Higley, Ste. 102
Mesa, AZ 85205
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona ▼

George M. Walker and Diane W. Walker )
)
*Plaintiff* )
) Civil Action No. CIV '11 0584 PHX SRB
v. )
)
CALIFORNIA RECONVEYANCE COMPANY )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CALIFORNIA RECONVEYANCE COMPANY
c/o CT CORPORATION
2394 E CAMBELBACK ROAD SUITE 100
PHOENIX, ARIZONA 85016-3432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George M. Walker and Diane W. Walker
3964 E. Expedition Way
Phoenix, Arizona 85050

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT RICHARD H. WEARE

Date: 3/29/11

_____
*Signature of Clerk or Deputy Clerk*