Douglas C. Erickson, No. 012130
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500
derickson@mmcec.com

Attorneys for JPMorgan Chase Bank, N.A.,
as acquirer of certain assets and liabilities of
Washington Mutual Bank from the Federal Deposit
Insurance Corporation acting as receiver, and
California Reconveyance Company

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| George M Walker and Diane W. Walker, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Washington Mutual Bank, F.A.; JPMorgan Chase Bank N.A.; California Reconveyance Company; Security Title Agency,<br><br>Defendants. | No. CV11-0584-PHX-SRB<br><br>**MOTION TO STRIKE PLAINTIFFS' "NOTICE OF FRAUD"** |

Defendants JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu") from the Federal Deposit Insurance Corporation ("FDIC") acting as receiver, and California Reconveyance Company ("CRC")(collectively, the "Moving Defendants") respectfully move this Court to strike Plaintiffs' Notice of Fraud, Dkt. No. 23. This motion is supported by the accompanying memorandum of points and authorities, which is incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Moving Defendants filed a Motion to Dismiss Plaintiffs' Complaint ("Motion to Dismiss") on April 18, 2011. (Dkt. No. 10)  On May 4, 2011, Plaintiffs filed their Response and Opposition to Defendants' Motions to Dismiss. (Dkt. No. 19)  Defendants filed their

1 | Reply in Support of Motion to Dismiss Plaintiffs' Complaint, on May 17, 2011. (Dkt. No. 24)
2 | On May 16, 2011, Plaintiffs filed a document titled "Notice of Fraud." (Dkt. No. 23)

The last document (Dkt. No. 23) should be stricken, pursuant to L.R.Civ. 7.2(m)(1), because it is not authorized by a statute, rule, or court order. Once Plaintiffs filed their Response and Opposition to Defendants' Motions to Dismiss, pursuant to L.R.Civ. 7.2(c), no further or additional filings by Plaintiffs were authorized. The "Notice of Fraud" is not a recognized or authorized filing and, in this context, it has no relevance or legitimate purpose.

In addition to the fact that the "Notice of Fraud" is not authorized, a cursory (or detailed) review of the Notice reveals that it does not meaningfully advance the analysis of the issues before the Court on the Motion to Dismiss. It reflects Plaintiffs' plain misunderstanding of events and positions in unrelated litigation, and nothing more.

For these reasons, the identified filing should be stricken.

RESPECTFULLY SUBMITTED this 27th day of May, 2011.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Douglas C. Erickson
Douglas C. Erickson
3200 N. Central Ave., Ste. 1800
Phoenix, AZ 85012
Attorneys for JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, and California Reconveyance Company

**ORIGINAL** of the foregoing e-filed this 27th day of May, 2011, with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

1 | **COPY** of the foregoing delivered via ECF this 27th day of May, 2011, to:

2 | Honorable Susan R. Bolton
United States District Court
3 | 401 W. Washington
Phoenix, AZ  85003

4 | **COPY** of the foregoing mailed this 27th day of May, 2010, to:

5 | George and Diane Walker
3964 E. Expedition Way
6 | Phoenix, AZ 85050
Plaintiffs pro se

7 | By /s/Stacey Tanner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

F:\CLIENTS\CHASE.482\WALKER (GEORGE).427\PLDG\MTS NTC OF FRAUD.wpd     3