IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George M. Walker; Diane W. Walker,<br><br>    Plaintiffs,<br><br>vs.<br><br>Washington Mutual Bank, F.A., et al.,<br><br>    Defendants. | No. CV11-0584-PHX-SRB<br><br>**ORDER** |

    The Court has considered Defendants' Motion to Strike Plaintiffs' "Notice of Fraud."

    IT IS ORDERED granting Defendants' Motion to Strike Plaintiffs' "Notice of Fraud." Doc. 25). Plaintiffs filed their response to the Motion to Dismiss on May 4, 2011. No further memoranda are authorized.

    DATED this 2nd day of June, 2011.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge