**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George M. Walker; Diane W. Walker, <br><br>  Plaintiffs, <br><br> vs. <br><br> Washington Mutual Bank, F.A.; JPMorgan Chase Bank, NA; California Reconveyance Company, <br><br>  Defendants. | No. CV 11-584-PHX-SRB <br><br> **ORDER** |

The Court has received Defendants JPMorgan Chase Bank, NA, as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, and California Reconveyance Company's (collectively, the "Moving Defendants") Motion to Dismiss ("Defs.' Mot.") (Doc. 10). Defendants' Motion appears to reference Plaintiffs' original Complaint (Doc. 1), filed March 29, 2011, and not the First Amended Complaint (Doc. 9), filed April 6, 2011. Defendants' Motion was filed on April 18, 2011, twelve days after the First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

1   **IT IS ORDERED** that the Moving Defendants shall show cause in writing within 10
2   days of the date of entry of this Order why their Motion to Dismiss should not be denied as
3   moot in light of the First Amended Complaint.

5   DATED this 6th day of June, 2011.

*/s/ Susan R. Bolton*
Susan R. Bolton
United States District Judge