Douglas C. Erickson, No. 012130
Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**CURRAN & SPARKS, P.L.C.**
3200 North Central Avenue, Ste. 1800
Phoenix, Arizona 85012
(602) 279-8500
derickson@mmcec.com
dmaynard@mmcec.com

Attorneys for JPMorgan Chase Bank, N.A.,
as acquirer of certain assets and liabilities of
Washington Mutual Bank from the Federal Deposit
Insurance Corporation acting as receiver, and
California Reconveyance Company

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| George M Walker and Diane W. Walker, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Washington Mutual Bank, F.A.; JPMorgan Chase Bank N.A.; California Reconveyance Company; Security Title Agency,<br><br>Defendants. | No. CV11-0584-PHX-SRB<br><br>**RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND MOTION TO ENLARGE TIME TO ANSWER OR DEFEND FIRST AMENDED COMPLAINT** |

Defendants JPMorgan Chase Bank, N.A. ("Chase"), as acquirer of certain assets and liabilities of Washington Mutual Bank ("WaMu") from the Federal Deposit Insurance Corporation ("FDIC") acting as receiver, and California Reconveyance Company ("CRC") respectfully submit this response to the Court's Order to Show Cause (Dkt. No. 27) and simultaneously move for an enlargement of time to answer or defend the First Amended Complaint. This response and motion are supported by the following memorandum of points and authorities, and the Court's record, which are incorporated herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiffs served the original Complaint on these defendants on April 1, 2011. (Dkt. Nos. 7-8) They filed their First Amended Complaint ("FAC") on April 6, 2011. (Dkt. No. 9) Notwithstanding the fact that there is a mailing certificate attached to the FAC, these defendants have not been able to locate any record of having received the FAC and they were unaware of the filing of the FAC until counsel received this Court's order of June 6, 2011. (Dkt. No. 27)

Many of the issues raised in the original Complaint also appear in the FAC, but the FAC makes claims not included in the Complaint. Therefore, some aspects of the pending Motion to Dismiss are not moot, but because the amendments made in the FAC are substantial, applying the pending Motion to Dismiss to the FAC would be a confusing and inefficient exercise.

Therefore, Defendants respectfully move the Court for an enlargement of time to answer or defend the FAC until June 30, 2011. Because undersigned counsel is scheduled to be out of the office next week, when he would otherwise be able to analyze the FAC and respond to it, June 30 would provide a reasonable time in which answer or otherwise defend.

RESPECTFULLY SUBMITTED this 8th day of June, 2011.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Douglas C. Erickson
Douglas C. Erickson
Daniel D. Maynard
3200 N. Central Ave., Ste. 1800
Phoenix, AZ 85012
Attorneys for JPMorgan Chase Bank, N.A., as acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver, and California Reconveyance Company

1  **ORIGINAL** of the foregoing e-filed this 8th day of June, 2011, with:

2  Clerk of the Court
   United States District Court
3  401 W. Washington St.
   Phoenix, AZ  85003
4
   **COPY** of the foregoing delivered via ECF this 8th day of June, 2011, to:
5
   Honorable Susan R. Bolton
6  United States District Court
   401 W. Washington St.
7  Phoenix, AZ  85003

8  **COPY** of the foregoing mailed this 8th day of June, 2011, to:

9  George and Diane Walker
   3964 E. Expedition Way
10 Phoenix, AZ 85050
   Plaintiffs pro se
11
   By /s/Stacey Tanner
12