Plaintiffs Notice of Appeal

Case No: 10-14339-BC

1  Name:             George M. Walker
2                    Diane Walker, H/W
3  Address:          3964 E. Expedition Way
4  City, State, Zip: Phoenix, Arizona 85050
5  Phone             480-227-3100
6     *Representing Self, Without a Lawyer*

FILED ____ LODGED
____ RECEIVED ____ COPY

FEB 0 7 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ Z DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GEORGE M WALKER <br> DIANE W WALKER, H/W <br> Plaintiffs <br><br> v <br><br> WASHINGTON MUTUAL BANK, F.A. <br> JP MORGAN CHASE BANK N.A. <br> CALIFORNIA RECONVEYANCE COMPANY <br> Defendants | No. CV: **11-0584-PHX-SRB** <br><br> **PLAINTIFFS NOTICE OF APPEAL** <br><br> Dated: February 6, 2012 |

Pursuant to the Federal Rules of Appellate Procedure Title II Plaintiffs George M Walker and Diane W Walker hereby appeal the following:

1. ORDER GRANTING Defendants' Motion to Strike Plaintiffs' "Notice of Fraud." (Doc 26)

2. ORDER DISMISSING Defendant Washington Mutual Bank signed by Judge Susan R Bolton on November 3, 2011. (Doc 42)

3. ORDER GRANTING Defendants JPMorgan Chase Bank, N.A. and California Reconveyance Company's Motion to Dismiss Second Amended Complaint and dismissing the Second Amended Complaint with prejudice signed by Judge Susan R Bolton on January 13, 2012. (Doc 43)

4. Clerk's JUDGMENT signed and filed into the record on January 13, 2012. (Doc 44)

*[signature: George M. Walker]*
George M Walker

1

Plaintiffs Notice of Appeal | Case No: 10-14339-BC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and exact copy of the above has been furnished by U.S. Mail on this 6th day of February, 2012 to the following:

**Washington Mutual Bank, F.A.**
2273 N. Green Valley parkway
Suite 14
Henderson, NV 89014

Douglas C. Erickson, Esq.
Daniel D. Maynard, Esq.
**Maynard Cronin Erickson Curran & Reiter, PLC**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012

_George M. Walker_
George M. Walker

State of Arizona   County of Maricopa
Subscribed and sworn before me on 2/6/2012 (Date)
_Ronald Roberts_
(Notary Signature)

Ronald Roberts
Notary Public
Maricopa County, Arizona
My Comm. Expires 10-15-14