UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GEORGE M. WALKER, husband; DIANE W. WALKER, wife,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>WASHINGTON MUTUAL BANK FA; et al.,<br><br>    Defendants - Appellees. | No. 12-15264<br><br>D.C. No. 2:11-cv-00584-SRB<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

  A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

  If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Cyntharee K. Powells
Deputy Clerk