

FILED _____ LODGED
_____ RECEIVED _____ COPY

MAR 01 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CV-11-584-PHX-SRB

```
Court Name: United States District Court
Division: 2
Receipt Number: PHX119416
Cashier ID: lbrewste
Transaction Date: 03/01/2012
Payer Name: GEORGE WALKER
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: GEORGE WALKER
 Case/Party: D-AZX-2-11-CV-000584-001
 Amount:      $455.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:      $0.00


A fee of $45 will be assessed on
all returned remittances.
```